UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JES'TERIEUZ J. HOWARD,<br><br>            Plaintiff,<br><br>     v.<br><br>GEORGE WASHINGTON UNIVERSITY, *et al.*,<br><br>            Defendants. | Civil Action No. 1:22-cv-2902 (JMC) |

## ORDER

Defendants George Washington University, Institute for Biomedical Sciences, Dr. Alison Hall, and Dr. Catherine Limperopoulos filed a Motion to Dismiss in response to Plaintiff Jes'Terieuz J. Howard's Complaint. ECF 5. In accordance with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), and because Plaintiff (a pro se litigant) faces a motion that could dispose of this case, Plaintiff is advised of the following:

Before the Court rules on Defendants' motion, Plaintiff is entitled to file a memorandum and supporting evidence in response. Under this Court's local rules, a party opposing a motion must serve and file a memorandum of points and authorities in opposition within 14 days of the date of service of the motion or "at such other time as the Court may direct." LCvR 7(b). If Plaintiff fails to respond to Defendants' motion in the time provided, the Court may (1) treat the motion as conceded; *id.*; (2) rule on Defendants' motion based on Defendants' arguments alone and without considering Plaintiff's arguments; or (3) dismiss Plaintiff's claims for failure to prosecute, see *Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962)). Further, if Plaintiff "files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may

treat those arguments that the plaintiff failed to address as conceded." *Xenophon Strategies, Inc. v. Jernigan Copeland & Anderson, PLLC*, 268 F. Supp. 3d 61, 72 (D.D.C. 2017) (quoting *Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 15, 25 (D.D.C. 2003)).

Accordingly, it is hereby ORDERED that Plaintiff shall file a brief in opposition to Defendants' Motion to Dismiss on or before November 5, 2022. If Plaintiff does not file a response within the time provided, the Court may treat the motion as conceded, dismiss Plaintiff's claims for failure to prosecute, or rule on the motion to dismiss based on Defendants' arguments alone and without considering any arguments that Plaintiff may later wish to raise.

Date:  October 6, 2022

                                                                Jia M. Cobb
                                                             U.S. District Court Judge