# U.S. District Court for the District of Columbia

CIVIL ACTION FILE
NO.:    1:22-cv-02902-JMC

Judge: Jia M. Cobb

*Plaintiff*
JES'TERIEUZ J. HOWARD

v.

*Defendants*
THE GEORGE WASHINGTON UNIVERSITY, et al.

## **PLAINTIFF'S MOTION FOR EXEMPTION FROM PAYMENT OF THE PACER USER FEE**

COMES NOW Plaintiff, JES'TERIEUZ J. HOWARD, *Pro se*, and hereby respectfully moves the Court for an order granting his Motion for Exemption From Payment of the Pacer User Fee. In light of the fact that Plaintiff is seeking compensatory damages for lost income, among other financial hardships externally imposed on him, he is currently indigent, thus unable to make the $96.50 Pacer User Fee. In the early stages of litigation, Plaintiff moved the Court to have the case proceed in Forma Pauperis. The Court granted Plaintiff's request. *See* ECF No. 15. Plaintiff moved for dismissal of the related case as the current civil action had accumulated formal motions from the Defendants and Plaintiff.

Plaintiff requests the Court to proceed with his Motion for Exemption From Payment of the Pacer User Fee in the same manner as his IFP request. Plaintiff requests that his Pacer Account login name (jeshoward13) remain active until he is exempt from paying the Pacer user fee. In support of Plaintiff's indigence, attached hereto as "Exhibit 1" is the IFP application submitted to the court on September 12, 2022. Plaintiff's economic situation remains the same.

I declare under penalty of perjury that the foregoing is true and correct.

**CERTIFICATION**

I, Jes'Terieuz J. Howard, *Pro-se*, hereby certify that I caused true and correct copies of the foregoing PLAINTIFF'S MOTION FOR EXEMPTION FROM PAYMENT OF THE PACER USER FEE through the Clerk of the Court to be served upon all counsel of record via the ECF system of the U.S. District Court for the District of Columbia, on this 31st day of January, 2023.

**/s/ Jes'Terieuz J. Howard**

Jes'Terieuz J. Howard
235 Augusta Woods Drive
Villa Rica, GA 30180
202-577-7618
jt4anc@gmail.com

*Pro Se* Litigant

# EXHIBIT 1

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
для the

Jes'Terieuz J. Howard )
*Plaintiff/Petitioner* )
v. )
The George Washington University, The Institute for Bio )
*Defendant/Respondent* )

Case: 1:22−cv−02795 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 9/12/2022
Description: Employment Discrim. (H−DECK)

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Unemployed

My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ 0.00 per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☑ No
(b) Rent payments, interest, or dividends ☐ Yes ☑ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No
(d) Disability, or worker's compensation payments ☐ Yes ☑ No
(e) Gifts, or inheritances ☐ Yes ☑ No
(f) Any other sources ☐ Yes ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
Plaintiff/Petitioner was recipient of federal assistance in the form of monthly funds from the Supplemental Nutrition Assistance Program prior to wrongful discharge by his employer/training program.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
Plaintiff/Petitioner does not own any ($0.00) automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Plaintiff/Petitioner pays $400 in transporation (including auto insurance), $100,000 in federal student loans, $17,000 in credit card debt.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Please see question 6.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: **September 12, 2022**

*Applicant's signature*

Jes'Terieuz J. Howard
*Printed name*