# U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION FILE
NO.                    1:22-CV-02902-JMC

|  |  |
|---|---|
| *Plaintiff*<br>JES'TERIEUZ J. HOWARD | : |
|  | : |
|  | : |
|  | : |
|  | : |
| v. | : |
|  | : |
| *Defendants* | : |
| THE GEORGE WASHINGTON | : |
| UNIVERSITY a corporation; THE | : |
| INSTITUTE FOR BIOMEDICAL | : |
| SCIENCES an individual; DR. ALISON | : |
| HALL; and DR. CATHERINE | : |
| LIMPEROPOULOS | : |

Judge:  Jia M. Cobb

## **JOINT STATUS REPORT CONCERNING RESULT OF MEDIATION**

On Tuesday, June 3, 2025, the parties in the above-captioned case participated in the District Court Mediation Program before mediator Ellen Fitzgerald, Esq. The parties did not reach a resolution at mediation. The parties respectfully submit this Joint Status Report to provide notice to the Court of the unsuccessful mediation. Per the Scheduling Order entered by the Court in this case (ECF 43), discovery is scheduled to begin seven days after the filing of this Joint Report, which, per Federal Rule of Civil Procedure 6(a)(1) is July 7, 2025.

Respectfully Submitted,

Date: June 27, 2025

**PLAINTIFF**                                    **DEFENDANTS**

By: _/s/ Jes'Terieuz J. Howard_          By: _/s/ Joshua W. B. Richards_

Jes'Terieuz J. Howard                    **SAUL EWING LLP**
*Pro Se* Plaintiff                       Joshua W. B. Richards/D.C. Bar ID No. 1002821
                                         Levi R. Schy (admitted *pro hac vice*)
                                         Centre Square West
                                         1500 Market Street, 38th Floor
                                         Philadelphia, PA  19102
                                         (215) 972-7737
                                         (215) 972-7803
                                         Joshua.Richards@saul.com
                                         Levi.Schy@saul.com

                                         *Attorneys for Defendants*